NO.  07-12-0022-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

JULY  9, 2012

_____

GRADY R. MITCHELL,

Appellant

v.

POPAT PATEL, INDIVIDUALLY, A/K/A PAUL PATEL, KAMU PATEL, INDIVIDUALLY, SUNIL PATEL, INDIVIDUALLY, AND D/B/A SUPER 8 MOTEL, AND ANAND, INC.,

Appellees
_____

FROM THE 237TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2009-547,914; HON. LES HATCH, PRESIDING
_____

*Order of Dismissal*
_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Grady R. Mitchell filed a notice of appeal on January 20, 2012.  We dismiss the appeal.  The clerk's record was filed on March 16, 2012, a hearing record was filed on April 19, 2012, and a supplemental clerk's record was filed on April 26, 2012.  No reporter's record was filed.  Appellant's brief was due on June 15, 2012.  No brief was filed by that date, so the Court notified appellant on June 18, 2012, that the due date for the brief had lapsed, that the brief had not been filed, and that if it was not received by June 28, 2012, the appeal would be dismissed for want of prosecution.  To date, no

brief or motion to extend the deadline has been filed. On June 15, 2012, appellant filed a letter stating that because of health issues and stress, he was unsure about continuing the appeal.

Accordingly, we dismiss the appeal for want of prosecution. TEX. R. APP. P. 38.8(a)(1); 42.3(b).

Per Curiam